ALBERT A./MANDA, Appellant, *v.* EMILIUS ETIENNE,
Respondent.

*Manda* v. *Etienne,* 99 App. Div. 623, affirmed.
(Argued December 15, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered December 16, 1904, affirming a judgment in favor of defendant
entered upon a verdict directed by the court and an order
denying a motion for a new trial.

*Hector M. Hitchings* for appellant.

*Henry W. Rudd* and *M'Cready Sykes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN
and WERNER, JJ. Absent: BARTLETT, J.

---

AUGUST UIHLEIN et al., Respondents, *v.* MARGARET MATTHEWS,
Appellant.

*Uihlein* v. *Matthews,* 93 App, Div. 57, affirmed.
(Argued December 15, 1905; decided January 9, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 16, 1904, reversing a judgment in favor of defendant
entered upon a dismissal of the complaint by the court on
trial at an Equity Term and granting a new trial.

*George E. Milliman* for appellant.

*Henry M. Hill* and *Scott Cummings* for respondents.

Order affirmed and judgment absolute ordered for plaintiffs
on the stipulation, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and
VANN, JJ. Absent: BARTLETT, J. Not sitting: WERNER, J.